1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10
11  FRANCISCO JAVIER BARAJAS,          Case No. CV 12-5557 JVS (SS)

12              Petitioner,

13      v.                             **JUDGMENT**

14  P. BRAZELTON,

15              Respondent.

16
17      Pursuant  to  the  Court's  Order  Accepting  Findings,

18  Conclusions  and  Recommendations  of  United  States  Magistrate

19  Judge,

20
21      IT  IS  HEREBY  ADJUDGED  that  the  above-captioned  action  is

22  dismissed with prejudice.

23
24  Dated: October 25, 2013

25                          JAMES V. SELNA
                            UNITED STATES DISTRICT JUDGE
26
27
28